# Court of Appeals
# of the State of Georgia

ATLANTA,___April 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0300. GURPARTAP SINGH TOOR v. THE STATE.**

On August 30, 2012, Gurpartap Toor pled guilty to possession of cocaine with intent to distribute. On February 19, 2013, he filed a pro se application for discretionary appeal to the Supreme Court, seeking to void or vacate his sentence on the ground that the State lacked probable cause to arrest him. The Supreme Court transferred the case here upon finding that it lacked subject matter jurisdiction. We also lack jurisdiction to grant Toor the relief requested.

To the extent Toor seeks to appeal his August 30, 2012 conviction, we lack jurisdiction because this application is untimely. See OCGA § 5-6-35 (d) (applications for discretionary appeal must be filed within 30 days of the order on appeal); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).

Moreover, from the materials submitted, it appears that Toor has not filed any motion to vacate his sentence or withdraw his plea in the trial court. The only order included with his application is the judgment of conviction and sentence. Thus, to the extent that he seeks review of his motion to vacate or withdraw his plea and set aside conviction, we lack jurisdiction because the trial court apparently has not yet considered that motion. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010) (in the absence of a ruling by the trial court, we have nothing to review); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court.").

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/17/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*